JOSEPH K. BRAVO, ESQ (107646)
BRAVO & MARGULIES
901 MARKET STREET, SUITE 450
SAN FRANCISCO, CA 94103
Telephone: (415) 512-6700
Facsimile: (415) 512-6716

Attorneys for Defendants
PAULINE RAVANI, individually and as
Trustee of the RAVANI TRUST
SPIKE RAVANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOLASADE OTUDEKO and DANIEL CARROLL, each individually and on behalf of the GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>vs.<br><br>PAULINE RAVANI, individually and as Trustee of the RAVANI TRUST dated November 17, 1993; and "SPIKE" RAVANI,<br><br>Defendants. | Case No. C 04 1216<br><br>**STIPULATION AND ORDER THEREON RE: EXTENDING THE CUT-OFF DATE FOR WITNESSES CASE IN CHIEF** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO, by and through their respective counsel of record, that the September 22, 2005 date for cut-off of the witnesses case in chief be extended until the discovery cut-off date of October 28, 2005. This extension of time is to allow defense counsel additional time to continue the depositions of non-party witnesses in this matter.

Good Cause Appearing, it is hereby ordered that the above mentioned deadline be extended to October 28, 2005.

STIPULATION AND ORDER THEREON RE: TO EXTEND THE CUT-OFF DATE FOR WITNESSES CASE IN CHIEF

1
2  Dated: 9-19-05    By: /s/
3                         Joseph K. Bravo,
                          Bravo & Margulies,
4                         Attorneys For Defendants,
                          Pauline Ravani, individually and as Trustee of the
5                         Ravani Trust,
                          Spike Ravani
6
7  Dated: 9-19-05    By: /s/ Elizabeth Brancart
                          Elizabeth Brancart,
8                         BRANCART & BRANCART
9                         Attorneys For Plaintiffs,
                          Folasade Otudeko
10                        Daniel Carroll
11
12
13 IT IS HEREBY ORDERED:
14 Dated: _____        [Seal: Judge Marilyn H. Patel]
                                _____
15                              THE HONORABLE MARYLYN H. PATEL
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER THEREON RE: TO EXTEND THE CUT-OFF DATE FOR WITNESSES CASE IN CHIEF

-2-