1  BRANCART & BRANCART
     Christopher Brancart (SBN 128475)
2    Elizabeth Brancart (SBN 122092)
   Post Office Box 686
3  Pescadero, California 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103

5  Attorneys for Plaintiffs

6
   BRAVO & MARGULIES
7   Joseph K. Bravo (SBN 107646)
   901 Market Street, Suite 450
8  San Francisco, California 94103
   Tel: (415) 512-6700
9  Fax: (415) 512-6716

10 Attorneys for Defendants

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14 FOLASADE OTUDEKO, et al.,            ) Case No. C-04-1216 MHP
                                        )
15              Plaintiffs,             ) JOINT STIPULATION TO EXTEND
                                        ) DISCOVERY CUTOFF; [PROPOSED]
16       vs.                            ) ORDER
                                        )
17 PAULINE RAVANI, etc., et al.,        )
                                        )
18              Defendants.             )
                                        )
19                                      )
                                        )
20 _____ )

21       On February 16, 2005, this Court issued its case management order setting the cut-
22 off for disclosures of witnesses to be used by the parties in their cases-in-chief on
23 September 22, 2005, and the discovery cut-off on October 28, 2005. [Docket # 30.]
24       On September 20, 2005, this Court extended the disclosure date for witnesses to
25 be used in the parties' cases-in-chief to coincide with the October 28, 2005, discovery
26 cutoff, pursuant to the parties' joint stipulation. [Docket # 32.]
27       At this time, the parties jointly request that the Court extend the discovery cutoff up
28 until and including December 2, 2005. There is good cause to grant this request because

JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF; [PROPOSED] ORDER
Case No. C-04-1216 MHP

1  the extension enables to parties to conduct discovery regarding the case-in-chief witness
2  disclosures made by the opposing party on October 28, 2005, in keeping with the intent of
3  the Court's original case scheduling order. Otherwise, no discovery will be allowable, even
4  if new witnesses are disclosed in the case-in-chief disclosures.
5      So stipulated.

                                    Respectfully submitted,

                                    BRANCART & BRANCART

   Dated: October 5, 2005.         /s/ Elizabeth Brancart
                                    ─────────────────────────────
                                    Elizabeth Brancart
                                    Attorneys for Plaintiffs

                                    BRAVO & MARGULIES

   Dated: October 3, 2005.         /s/ Joseph K. Bravo
                                    ─────────────────────────────
                                    Joseph K. Bravo
                                    Attorneys for Defendants

                           * * *

                    **[PROPOSED] ORDER**

   Pursuant to the stipulation of the parties and good cause appearing therefor, the discovery cut-off in this case is extended to December 2, 2005.

   Dated: October 11, 2005.

                                    /s/ Marilyn H. Patel
                                    Judge Marilyn H. Patel

JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF; [PROPOSED] ORDER
Case No. C-04-1216 MHP

2