Received: 10/28/05 10:17AM;  -> HP LaserJet 3100; Page 2
OCT-28-05 WED 10:17 AM                FAX NO.                              P. 02

**FILED**

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH K. BRAVO, ESQ (107646)
BRAVO & MARGULIES
901 MARKET STREET, SUITE 450
SAN FRANCISCO, CA 94103
Telephone: (415) 512-6700
Facsimile: (415) 512-6716

Attorneys for Defendants
PAULINE RAVANI, individually and as
Trustee of the RAVANI TRUST
SPIKE RAVANI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOLASADE OTUDEKO and DANIEL CARROLL, each individually and on behalf of the GENERAL PUBLIC, <br><br> Plaintiffs, <br><br> vs. <br><br> PAULINE RAVANI, individually and as Trustee of the RAVANI TRUST dated November 17, 1993; and "SPIKE" RAVANI, <br><br> Defendants. | Case No. C 04 1216 <br><br> **JOINT STIPULATION TO EXTEND THE CUT-OFF DATE FOR WITNESSES CASE IN CHIEF AND REGULAR DISCOVERY CUT-OFF; [PROPOSED ORDER]** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO, by and through their respective counsel of record, that the October 28, 2005 disclosure date for cut-off of the witnesses case-in-chief be extended until November 2, 2005, and that the regular discovery cut-off date of December 2, 2005 be extended to December 7, 2005. The reason for the extension of time is that counsel for the defendants is traveling to South Carolina on October 26, 2005 to take two depositions in another matter and one deposition in Massachusetts for the instant matter, and will not be returning to California until October 30,

1  2005. Thus, defense counsel will be unavailable on October 28th to disclose to plaintiffs' counsel
2  the defendants' list of case-in-chief witnesses, and respectfully requests an additional five days to
3  make that disclosure. The agreement to extend the regular discovery cut-off date an additional
4  
5  five days from December 2nd to December 7th corresponds equally with the request to extend the
6  disclosure deadline.
7    Good Cause Appearing, it is hereby ordered that the above mentioned deadlines be
8  extended to November 2, 2005 and December 7, 2005, respectively.
9  
10  Dated: 10-25-05       By: _____
11               Joseph K. Bravo,
12               Bravo & Margulies,
             Attorneys For Defendants,
             Pauline Ravani, individually and as Trustee of the
13               Ravani Trust,
             Spike Ravani
14  
15  
16  Dated: 10.25.05       By: _____
             Elizabeth Brancart,
17               BRANCART & BRANCART
             Attorneys For Plaintiffs,
18               Folasade Otudeko
             Daniel Carroll
19  
20  
21  
22            [PROPOSED] ORDER
23    Pursuant to the stipulation of the parties and good cause appearing therefor, the disclosure
24  date for witnesses case – in – chief is extended to November 2, 2005 and the discovery cut-off in
25  this case is extended to December 7, 2005.
26  
27  Dated: 10/28/05         _____
28               Hon. Marilyn H. Patel
             United States District Judge

JOINT STIPULATION TO EXTEND THE DISCLOSURE DATE FOR WITNESSES CASE-IN-CHIEF AND REGULAR DISCOVERY CUT-OFF
- 2