| | |
|---|---|
| 1 | BRANCART & BRANCART |
| 2 |   Elizabeth Brancart (SBN 122092)<br>  Liza Cristol-Deman (SBN 190516) |
| 3 | Post Office Box 686<br>Pescadero, CA  94060<br>Tel:   (650) 879-0141 |
| 4 | Fax:  (650) 879-1103 |
| 5 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOLASADE OTUDEKO, et al., | Case No. C-04-1216 MHP |
| Plaintiffs, | **JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | |
| PAULINE RAVANI, et al., | |
| Defendants. | |

The parties hereby apply for and stipulate to issuance of an order dismissing this action with prejudice subject to the terms of the Settlement Agreement and Mutual Release executed by the parties.  The Court shall retain jurisdiction for purposes of

///
///
///
///
///
///
///

**JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER**

enforcement of the Settlement Agreement only.

So stipulated.

Respectfully submitted,

BRANCART & BRANCART

Dated: January 31, 2006.

/s/
Elizabeth Brancart
Attorneys for Plaintiffs

BRAVO & MARGULIES

Dated: January 31, 2006.

/s/
Joseph K. Bravo
Attorneys for Defendants

* * * * *

### [PROPOSED] ORDER

Based upon the foregoing application and stipulation, and good cause appearing therefor, it is hereby ordered that this action is dismissed with prejudice subject to the terms of the Settlement Agreement and Mutual Release executed by the parties. The Court shall retain jurisdiction for purposes of enforcement of the Settlement Agreement only.

IT IS SO ORDERED.

Dated: March 8, 2006.

Honorable
United States

IT IS SO ORDERED
Judge Marilyn H. Patel

**JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER**

2